# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-511-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **Approximately fifty-five new-in-box Apple iPhones, six new-in-box Apple iPads, one new-in-box Apple watch, and four new-in-box Apple AirPods located by DHL in or about April and May 2019 and voluntarily turned over by DHL to United States Secret Service on or about October 4, 2019, all such items obtained by DHL from a larger DHL shipment from numerous senders, including but not limited to Rami Mhana, with a labeled destination of Union Logistics in Dubai, United Arab Emirates;** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER TO STAY** |
| **Approximately fifty-two new-in-box Apple iPhones and approximately $178,582 in United States Currency seized on or about October 9, 2019, pursuant to a federal Search Warrant, from Protocol Business Group, Inc.'s retail location at 441 Bradford Drive, Charlotte, North Carolina; and** | ) ) ) ) ) ) ) ) | |
| **Approximately $20,536.20 in funds seized on or about October 9, 2019, pursuant to a federal Seizure Warrant, from Fifth Third Bank account XXXXX0126, such account held in the name of Protocol Business Group, Inc.** | ) ) ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Stay" (Document No. 19) filed by the United States of America on July 6, 2021, pursuant to 18 U.S.C.

§ 981(g)(1). The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Stay" (Document No. 19) is **GRANTED**. For the reasons stated in the Consent Motion, this Court finds good cause to stay this case and hereby stays the case for a period of ninety days from the date of this Order, until **October 5, 2021**. Absent an additional motion to stay filed by either party, this Order and the stay shall expire on the ninetieth day after issuance of this Order.

**SO ORDERED.**

Signed: July 7, 2021

David C. Keesler
United States Magistrate Judge