IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-511-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| APPROXIMATELY FIFTY-FIVE NEW-IN- ) | |
| BOX APPLE IPHONES, APPROXIMATELY ) | |
| FIFTY-TWO NEW-IN-BOX APPLE ) | |
| IPHONES, APPROXIMATELY $178,582 IN ) | |
| UNITED STATES CURRENCY, and ) | |
| APPROXIMATELY $20,536.20 IN FUNDS , ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Second Consent Motion To Stay" (Document No. 21) filed by the United States of America on October 5, 2021, pursuant to 18 U.S.C. § 981(g)(1). The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

For the reasons stated in the "Second Consent Motion…", the undersigned finds good cause to allow the continued stay of this case for an additional period of ninety days.

**IT IS, THEREFORE, ORDERED** that the "Second Consent Motion To Stay" (Document No. 21) is **GRANTED**. This matter is **STAYED** through **January 3, 2022**.

**IT IS FURTHER ORDERED** that the parties shall file a Status Report or Stipulation Of Dismissal, on or before **January 4, 2022**.

**SO ORDERED**.

Signed: October 5, 2021

David C. Keesler
United States Magistrate Judge