# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO.  3:20-CV-511-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| APPROXIMATELY FIFTY-FIVE NEW-IN-BOX APPLE IPHONES,  APPROXIMATELY FIFTY-TWO NEW-IN-BOX APPLE IPHONES,  APPROXIMATELY $178,582 IN UNITED STATES CURRENCY,  and APPROXIMATELY $20,536.20 IN FUNDS , | ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Status Report" (Document No. 23) filed by the United States of America on January 3, 2021.  The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.  Having carefully considered the Status Report and the record, the undersigned will <u>grant</u> the request for an extension of the stay of this case.

Plaintiff's Status Report indicates that pending criminal charges have not been resolved, but the parties have agreed to meet during the week of January 24, 2022.  Plaintiff seeks, and Claimant consents to, a thirty (30) day extension of the pending stay.

**IT IS, THEREFORE, ORDERED** that this matter is **STAYED** through **February 3, 2022**.

**IT IS FURTHER ORDERED** that the parties shall file a Status Report or Stipulation Of Dismissal, on or before **February 4, 2022**.  If either party seeks other relief, including an extension of time, they shall file an appropriate motion.

**SO ORDERED**.

Signed: January 3, 2022

David C. Keesler
United States Magistrate Judge

2