# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-511-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| APPROXIMATELY FIFTY-FIVE NEW-IN- ) | |
| BOX APPLE IPHONES, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Status Report" (Document No. 25) filed February 1, 2022. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the Status Report and the record, the undersigned will allow a continuing <u>stay</u> of this action.

Based on the parties' Status Report, the undersigned will allow an additional extension of the stay. However, barring extraordinary circumstances, further extensions are unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Joint Status Report on **April 1, 2022**. The Status Report should include proposed revisions to the case deadlines. <u>See</u> (Document No. 16).

**SO ORDERED**.

Signed: February 1, 2022

David C. Keesler
United States Magistrate Judge