# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:20-CV-511-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| APPROXIMATELY FIFTY-FIVE NEW-IN- ) | |
| BOX APPLE IPHONES, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Status Report" (Document No. 27) filed March 30, 2022. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the Joint Status Report and the record, the undersigned will allow a continuing stay of this action.

Based on the parties' Joint Status Report, this civil lawsuit will be stayed until resolution of the related criminal action, USA v. Mhana, 3:22-CR-078-MOC-DSC, currently set for trial on or about July 5, 2022.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation Of Dismissal, **or** a Joint Status Report, within **fourteen (14) days** of the completion of the related criminal trial or any other resolution of the criminal action. A Joint Status Report shall include proposed revisions to the case deadlines and show cause why this action should not be promptly dismissed. See (Document No. 16).

**SO ORDERED**.

Signed: May 16, 2022

David C. Keesler
United States Magistrate Judge