# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-511-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| APPROXIMATELY FIFTY-FIVE NEW-IN-BOX APPLE IPHONES, APPROXIMATELY FIFTY-TWO NEW-IN-BOX APPLE IPHONES, APPROXIMATELY $178,582 IN UNITED STATES CURRENCY, and APPROXIMATELY $20,536.20 IN FUNDS, | ) |
| Defendants, | ) |
| and | ) |
| PROTOCOL BUSINESS GROUP, INC., | ) |
| Claimant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding status and scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having considered the record, the undersigned finds that a Joint Status Report should be promptly filed.

The undersigned notes that this action was filed almost four (4) years ago, and has made little, if any, progress while the related criminal action, USA v. Mhana, 3:20-CR-078-MOC-SCR, was pending. The related criminal trial concluded on **May 22, 2023**. The jury in the related criminal trial issued guilty verdicts and "returned a Special Verdict as to forfeiture of the seized electronic items and funds, **the same items and funds at-issue in this case**." (Document No. 29) (emphasis added); see also (Document No. 36).

There have been no filings in this case since July 2023.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall file a Joint Status Report on or before **May 31, 2024**, and **every sixty (60) days thereafter** until this case is closed or otherwise ordered by the Court.

**SO ORDERED**.

Signed May 24, 2024

David C. Keesler
United States Magistrate Judge