IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-511-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| APPROXIMATELY FIFTY-FIVE NEW-IN-BOX APPLE IPHONES, APPROXIMATELY FIFTY-TWO NEW-IN-BOX APPLE IPHONES, APPROXIMATELY $178,582 IN UNITED STATES CURRENCY, and APPROXIMATELY $20,536.20 IN FUNDS, | ) |  |
| Defendants, | ) |  |
| and | ) |  |
| PROTOCOL BUSINESS GROUP, INC., | ) |  |
| Claimant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Status Report" (Document No. 38) filed May 30, 2024. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

The parties indicate that they seek a "continuing stay at least until the later of sentencing or issuance of a final order of forfeiture in *United States v. Rhami Mahmod Mhana* (W.D.N.C. 3:22CR78, Doc. 52), and ideally until conclusion of any appeal of the criminal case." (Document No. 38, pp. 1-2). For the time being, the undersigned will grant a continuing stay of the case.

**IT IS, THEREFORE, ORDERED** that this case is **STAYED** until otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that counsel for the parties shall file a Joint Status Report on or before **July 28, 2024**, and **every sixty (60) days thereafter** until this case is closed or otherwise ordered by the Court.

**SO ORDERED**.

Signed: May 30, 2024

David C. Keesler
United States Magistrate Judge